IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AYLO FREESITES LTD, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 24-086-GBW |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| DISH TECHNOLOGIES L.L.C. and | ) | |
| SLING TV L.L.C. | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF SERVICE**

I, Nicole K. Pedi, being duly sworn according to law do depose and say:

1. I am an attorney at the law firm of Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801.

2. I am counsel to Plaintiff Aylo Freesites Ltd in this action and am fully competent to make this affidavit.

3. To the best of my knowledge, Defendant Dish Technologies, L.L.C. is a limited liability company organized and existing under the laws of the State of Colorado, with a place of business at 9601 South Meridian Blvd, Englewood, CO 80112.

4. On January 30, 2024, I caused to be mailed copies of the summons, complaint and all ancillary documents via Federal Express Priority Overnight, signature required, to Dish Technologies, L.L.C., c/o Timothy A. Messner, 9601 South Meridian Blvd, Englewood, CO 80112. I received the following tracking number upon mailing of the summons and complaint to Dish Technologies, L.L.C.: 639370706410.

5. Dish Technologies, L.L.C. received the documents on January 31, 2024. A copy of the proof-of-delivery and signature is attached as Exhibit A.

6. To the best of my knowledge, Defendant Sling TV L.L.C. is a limited liability company organized and existing under the laws of the State of Colorado, with a place of business at 9601 South Meridian Blvd, Englewood, CO 80112.

7. On January 30, 2024, I caused to be mailed copies of the summons, complaint and all ancillary documents via Federal Express Priority Overnight, signature required, to Sling TV L.L.C., c/o Timothy A. Messner, 9601 South Meridian Blvd, Englewood, CO 80112. I received the following tracking number upon mailing of the summons and complaint to Sling TV L.L.C.: 639370706400.

8. Sling TV L.L.C. received the documents on January 31, 2024. A copy of the proof-of-delivery and signature is attached as Exhibit B.

_____
Nicole K. Pedi (#6236)

SWORN TO AND SUBSCRIBED before me this 6th day of February, 2024.

_____
Notary Public

My Commission Expires:

[Notary Seal: PATRICIANNE STEWART, MY COMMISSION EXPIRES MARCH 23, 2025, NOTARY PUBLIC, STATE OF DELAWARE]