**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AYLO FREESITES LTD,<br><br>Plaintiff,<br><br>v.<br><br>DISH TECHNOLOGIES L.L.C. and SLING TV L.L.C.,<br><br>Defendants. | Civil Action No. 24-086-GBW |

## ORDER

At Wilmington this 8th day of October 2025, **IT IS HEREBY ORDERED** that DISH's Motion to Dismiss Aylo Freesites' Complaint or, Alternatively, to Transfer (D.I. 6) is **GRANTED-IN-PART** and **DENIED-IN-PART** and that this action is transferred to the District of Utah. **IT IS FURTHER ORDERED** that Plaintiff's Motion to Stay Pending *Inter Partes* Review (D.I. 16) is **DENIED-AS-MOOT**.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE